

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
MAR 21 2008
Mar 21, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Andre Williams

_____
(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Public Defender
Edwin A. Burnette
Terry McCarthy (APD)
Richard Kruss (APD)

_____
(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

08CV1666
JUDGE MANNING
MAGISTRATE JUDGE KEYS

Case No:_____
(To be supplied by the Clerk of this Court)

CHECK ONE ONLY:

✓  **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
   **U.S. Code** (state, county, or municipal defendants)

___  **COMPLAINT UNDER THE CONSTITUTION ("BIVENS") ACTION), TITLE**
   **28 SECTION 1331 U.S. Code** (federal defendants)

___  **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

A. Name: Andre Williams

B. List all aliases: N/A

C. Prisoner identification number: #20070030801

D. Place of present confinement: Cook County D.O.C.

E. Address: 2600 South California Ave.

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Edwin A. Burnette

Title: Cook County Public Defender

Place of Employment: 2650 South California Ave. Criminal Courts.

B. Defendant: Terry McCarthy

Title: Public Defender assistant (Supervisor)

Place of Employment: 2650 South California Ave. Criminal Courts.

C. Defendant: Richard Kruss

Title: Assistant Public Defender

Place of Employment: 2650 South California Ave. Criminal Courts.

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: __NONE__

B. Approximate date of filing lawsuit: __NONE__

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: __NONE__

D. List all defendants: __NONE__

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): __NONE__

F. Name of judge to whom case was assigned: __NONE__

G. Basic claim made: __NONE__

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): __N/A__

I. Approximate date of disposition: __N/A__

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

Revised 9/2007

IV.  **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

(1.) Mr. Edwin A. Burnette is responsable for the teachings and training of all his assistants. And therefor is guilty of deliberate indifference in his official as well as his individual Possision.

(2) Mr. Terry McCarthy Assistant Public defender Supervisor is responseable for all A.P.D in Court room #201 (Judge Clayton J. Crane) And therefor is also guilty of deliberate indifference in his official as well as his individual Possision.

(3) Mr. Richard Kruss Assistant Public denfender assigned to Court room #201 Judge Crane Court room, Is guilty of deliberate indifference because on December 14th 2007 while talking to me in the holding area of Court room #201 He stated that I should take the States Attorney offer of 6 year's because he don't think he can Win

My case. That was very unprofessional. IN doing that he denied me A chance at trial. A right thats given to every pre-trial detainee housed in the Cook County Jail. There was A witness to his statement to me that I should take the States attorneys offer Name Micheal Wells. #20070027386 and that he didn't think he could win my case.

V.   **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I think Mr. Richard Kruss should be disciplined or made to re-study the rules of being A public defender. Compensatory damages $10,000 dollars (Each) Monetary damages $10,000 dollars (Each)

VI.   The plaintiff demands that the case be tried by a jury.   ☑ YES   ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this  15  day of  March , 20 08

_Andre Williams_
(Signature of plaintiff or plaintiffs)

Andre Williams
(Print name)

#20070030801
(I.D. Number)

2600 South California Division 10
Chicago, IL 60608
(Address)

6

Notarized under and by 735 ILCS
5/1-109, under penalty of perjury,
this _17_ day of _March_, _2008_.

_Andre Williams_
Signature

_Andre Williams_
Defendant