**FILED**
MAR 21, 2008
MAR 2 1 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Andre Williams
#20070030801
Cook County Jail, D.O.C.
P.O. Box 089002
Chicago, IL 60608

To, Clerk of Court
Micheal W. Dobbins
219 South Dearborn St,
Chicago, IL 60604

08CV1666
JUDGE MANNING
MAGISTRATE JUDGE KEYS

To whom this letter may concern. Inside is Five copies of complaint under the Civil rights Act, title 42 section 1983. I'm respectfully requesting A Filed copy back showing you have received them. Also could you please send me the necessary Forma Pauperis forms because I do not at this time have money to pursue my case. I look forward to hearing back from you. Thank you for your help.

Respectfully
Submitted
Andre Williams
#20070030801