# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1666 | **DATE** | 6/13/2008 |
| **CASE TITLE** | Andre Williams (#2007-0030801) v. Edwin Burnette | | |

**DOCKET ENTRY TEXT:**

Plaintiff, Andre Williams, has not complied with the Court's April 16, 2008 order that directed him to either pay the $350 filing fee or submit a completed *in forma pauperis* application. The Court forewarned that failure to comply within 30 days would result in dismissal of this case. Having not received a completed *in forma pauperis* application or payment of the filing fee, the Court dismisses the case without prejudice. *See* Local Rule 3.3.

Docketing to mail notices.

isk